IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE M. DIXON, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-532 |
| | : | |
| ALLSTATE INSURANCE COMPANY et al., | : | |
| *Defendants*. | : | |

## O R D E R

**AND NOW,** this 27th day of March, 2017, upon consideration of Plaintiff's Motion for Summary Remand (Doc. No. 9), Plaintiff's Motion to Strike (Doc. No. 9), Plaintiff's Motion to Vacate (Doc. No. 9), Plaintiff's Motion for Protective Order (Doc. No. 9), Defendants Steven C. Feinstein and Zenstein Ballard, P.C.'s Opposition to Plaintiff's Motions and Countermotion for a Protective Order (Doc. No. 11), and the remaining Defendants' Opposition to Plaintiff's Motions (Docket No. 12), **it is hereby ORDERED** that:

1. Plaintiff's Motion (Doc. No. 9) is **GRANTED** with respect to the Motion for Summary Remand and **DEEMED MOOT** with respect to all other requests for relief;

2. The case is **REMANDED** to the Philadelphia Court of Common Pleas;

3. The remaining motions on the docket (Doc. Nos. 5, 7, 11) are **DEEMED MOOT**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge